IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAMAR BROWN, :
    Plaintiff :
: CIVIL NO. 3:13-CV-1633
v. :
: (JUDGE NEALON)
UNITED STATES OF AMERICA, : (MAGISTRATE JUDGE CARLSON)
    Defendant :

## ORDER

**NOW**, THIS 18th DAY OF JULY, 2014, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 36), is **ADOPTED**;

2. The motion to dismiss, (Doc. 29), is **GRANTED**;

3. The complaint, (Doc. 1), is **DISMISSED**; and

4. The Clerk of Courts is directed to **CLOSE** this case.

_____
**United States District Judge**

FILED
SCRANTON

JUL 18 2014

PER _____
DEPUTY CLERK